1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   400 Capitol Mall
3  Suite 1650
   Sacramento, CA  95814
4  Telephone:     (916) 325-4000
   Facsimile:      (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
| 12              Plaintiff, | **STIPULATION FOR FIRST EXTENSION OF TIME** |
| 13  v. | |
| 14  SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | |
| 15              Defendants. | |

Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson & Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to an initial 30-day extension within which defendants shall respond to the complaint filed in this matter.  Defendants response is now due on September 9, 2011.

Dated:  August 10, 2011         BEST BEST & KRIEGER LLP

By:      */s/Susan L. Schoenig*
         SUSAN L. SCHOENIG
         Attorneys for Defendants
         SELECT MILK PRODUCERS, INC., and
         ATHLETE'S HONEY MILK, LLC

Dated:  August 10, 2011         MILLSTONE, PETERSON & WATTS LLP

BY:      */s/Glenn W. Peterson*
         GLENN W. PETERSON
         Attorneys for Plaintiff
         CYTOSPORT, INC.

IT IS SO ORDERED.

Dated:  8/18/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814