1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   400 Capitol Mall
3  Suite 1650
   Sacramento, CA  95814
4  Telephone:     (916) 325-4000
   Facsimile:      (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
   | Plaintiff, | **STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME** |
   | v. | |
   | SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | |
   | Defendants. | |

Stipulation and Order for 2nd Ext of Time
82759.00001\6911273.1

2:11-AT-00912

1 Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson & Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a second 30-day extension within which defendants shall respond to the complaint filed in this matter. The parties previously stipulated to an initial extension of 30 days. Defendants response is now due on October 11, 2011.

Dated: September 7, 2011      BEST BEST & KRIEGER LLP

By:     */s/Susan L. Schoenig*
SUSAN L. SCHOENIG
Attorneys for Defendants
SELECT MILK PRODUCERS, INC., and
ATHLETE'S HONEY MILK, LLC

Dated: September 7, 2011      MILLSTONE, PETERSON & WATTS LLP

BY:     */s/Glenn W. Peterson*
GLENN W. PETERSON
Attorneys for Plaintiff
CYTOSPORT, INC.

IT IS SO ORDERED.

Dated: September 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for 2nd Ext of Time
82759.00001\6911273.1

2:11-AT-00912