1   SUSAN L. SCHOENIG, Bar No. 91048
    Susan.Schoenig@bbklaw.com
2   Best Best & Krieger LLP
    400 Capitol Mall
3   Suite 1650
    Sacramento, CA  95814
4   Telephone:     (916) 325-4000
    Facsimile:     (916) 325-4010
5
    Attorneys for Defendants
6   SELECT MILK PRODUCERS, INC., and
    ATHLETE'S HONEY MILK, LLC
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  CYTOSPORT, INC., a California            Case No.  2:11-cv-01705-MCE-JFM
    corporation,
12                                           **STIPULATION AND ORDER FOR THIRD**
                   Plaintiff,                **EXTENSION OF TIME**
13
    v.
14
    SELECT MILK PRODUCERS, INC., a
15  New Mexico corporation; and
    ATHLETE'S HONEY MILK, LLC, a
16  Delaware limited liability company,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk

2   Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson &

3   Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a third 30-day extension

4   within which defendants shall respond to the complaint filed in this matter.   The parties

5   previously stipulated to two extensions of 30 days each.   Defendants' response is now due on

6   November 10, 2011.

7   Dated:  October 10, 2011                    BEST BEST & KRIEGER LLP

8

9                                              By:_____/s/Susan L. Schoenig_____
                                                   SUSAN L. SCHOENIG
10                                                 Attorneys for Defendants
                                                   SELECT MILK PRODUCERS, INC., and
11                                                 ATHLETE'S HONEY MILK, LLC

12   Dated:  October 10, 2011                    MILLSTONE, PETERSON & WATTS LLP

13

14                                             BY:_____/s/Glenn W. Peterson_____
                                                   GLENN W. PETERSON
15                                                 Attorneys for Plaintiff
                                                   CYTOSPORT, INC.

16         IT IS SO ORDERED.

17   Dated:  October 14, 2011

18                                             _____
                                               MORRISON C. ENGLAND, JR
19                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation and Order for 3rd Ext of
Time
82759.00001\6985419.1                                          2:11-CV-01705