1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   400 Capitol Mall
3  Suite 1650
   Sacramento, CA  95814
4  Telephone:    (916) 325-4000
   Facsimile:     (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME** |
| v. | |
| SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | |
| Defendants. | |

Stipulation and Order for 3rd Ext of Time
82759.00001\6985419.1                                                    2:11-CV-01705

1  Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk
2  Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson &
3  Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a third 30-day extension
4  within which defendants shall respond to the complaint filed in this matter.  The parties
5  previously stipulated to two extensions of 30 days each.  Defendants' response is now due on
6  November 10, 2011.

Dated:  October 10, 2011                         BEST BEST & KRIEGER LLP

                                                 By:      /s/Susan L. Schoenig
                                                     SUSAN L. SCHOENIG
                                                     Attorneys for Defendants
                                                     SELECT MILK PRODUCERS, INC., and
                                                     ATHLETE'S HONEY MILK, LLC

Dated:  October 10, 2011                         MILLSTONE, PETERSON & WATTS LLP

                                                 BY:      /s/Glenn W. Peterson
                                                     GLENN W. PETERSON
                                                     Attorneys for Plaintiff
                                                     CYTOSPORT, INC.

    IT IS SO ORDERED.

Dated:  October 14, 2011

                                                 _____
                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

Stipulation and Order for 3rd Ext of Time
82759.00001\6985419.1                                                        2:11-CV-01705