1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   400 Capitol Mall
3  Suite 1650
   Sacramento, CA  95814
4  Telephone:   (916) 325-4000
   Facsimile:    (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
| 12 | **STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME** |
| 13              Plaintiff, | |
| 14  v. | |
| 15  SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | |
| 16 | |
| 17              Defendants. | |

Stipulation and Order for 4th Ext of Time                                                    2:11-CV-01705
82759.00001\7023733.1

1  Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk
2  Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson &
3  Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a fourth 30-day extension
4  within which defendants shall respond to the complaint filed in this matter.  The parties
5  previously stipulated to three extensions of 30 days each.  Defendants' response is now due on
6  December 12, 2011.

7  Dated:  November 9, 2011                BEST BEST & KRIEGER LLP

9                                          By:        /s/Susan L. Schoenig
                                               SUSAN L. SCHOENIG
10                                             Attorneys for Defendants
                                               SELECT MILK PRODUCERS, INC., and
11                                             ATHLETE'S HONEY MILK, LLC

12  Dated:  November 9, 2011                MILLSTONE, PETERSON & WATTS LLP

14                                          BY:        /s/Glenn W. Peterson
                                               GLENN W. PETERSON
15                                             Attorneys for Plaintiff
                                               CYTOSPORT, INC.

17        IT IS SO ORDERED.
18  Dated:  November 15, 2011

                                            _____
20                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE

Stipulation and Order for 4th Ext of Time
82759.00001\7023733.1                                                    2:11-CV-01705