SUSAN L. SCHOENIG, Bar No. 91048
Susan.Schoenig@bbklaw.com
Best Best & Krieger LLP
400 Capitol Mall
Suite 1650
Sacramento, CA  95814
Telephone:   (916) 325-4000
Facsimile:    (916) 325-4010

Attorneys for Defendants
SELECT MILK PRODUCERS, INC., and
ATHLETE'S HONEY MILK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.  2:11-cv-01705-MCE-JFM<br><br>**STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME** |

1  Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk
2  Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson &
3  Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a fourth 30-day extension
4  within which defendants shall respond to the complaint filed in this matter. The parties
5  previously stipulated to three extensions of 30 days each. Defendants' response is now due on
6  December 12, 2011.

7  Dated:  November 9, 2011                BEST BEST & KRIEGER LLP

                                           By:       */s/Susan L. Schoenig*
                                                SUSAN L. SCHOENIG
                                                Attorneys for Defendants
                                                SELECT MILK PRODUCERS, INC., and
                                                ATHLETE'S HONEY MILK, LLC

12  Dated:  November 9, 2011                MILLSTONE, PETERSON & WATTS LLP

                                           BY:       */s/Glenn W. Peterson*
                                                GLENN W. PETERSON
                                                Attorneys for Plaintiff
                                                CYTOSPORT, INC.

17      IT IS SO ORDERED.

18  Dated:  November 15, 2011

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

Stipulation and Order for 4th Ext of Time
82759.00001\7023733.1                                                    2:11-CV-01705