1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   500 Capitol Mall
3  Suite 1700
   Sacramento, CA  95814
4  Telephone:     (916) 325-4000
   Facsimile:      (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR FIFTH EXTENSION OF TIME** |
| v. | |
| SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | |
| Defendants. | |

Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson & Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a fifth 30-day extension within which defendants shall respond to the complaint filed in this matter. The parties previously stipulated to four extensions of 30 days each. Defendants response is now due on January 11, 2012.

Dated:  December 9, 2011                    BEST BEST & KRIEGER LLP


                                            By:      /s/Susan L. Schoenig
                                               SUSAN L. SCHOENIG
                                               Attorneys for Defendants
                                               SELECT MILK PRODUCERS, INC., and
                                               ATHLETE'S HONEY MILK, LLC


Dated:  December ___, 2011                  MILLSTONE, PETERSON & WATTS LLP


                                            BY:      /s/Glenn W. Peterson
                                               GLENN W. PETERSON
                                               Attorneys for Plaintiff
                                               CYTOSPORT, INC.


        IT IS SO ORDERED.

Dated:  December 14, 2011

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE