1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   500 Capitol Mall
3  Suite 1700
   Sacramento, CA  95814
4  Telephone:     (916) 325-4000
   Facsimile:      (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
   | Plaintiff, | **STIPULATION AND ORDER FOR FIFTH EXTENSION OF TIME** |
   | v. | |
   | SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | |
   | Defendants. | |

Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson & Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a fifth 30-day extension within which defendants shall respond to the complaint filed in this matter. The parties previously stipulated to four extensions of 30 days each. Defendants response is now due on January 11, 2012.

Dated: December 9, 2011        BEST BEST & KRIEGER LLP

By:    */s/Susan L. Schoenig*
   SUSAN L. SCHOENIG
   Attorneys for Defendants
   SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC

Dated: December ___, 2011      MILLSTONE, PETERSON & WATTS LLP

BY:    */s/Glenn W. Peterson*
   GLENN W. PETERSON
   Attorneys for Plaintiff
   CYTOSPORT, INC.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for 5th Ext of Time
82759.00001\7059697.1

2:11-CV-01705