1  SUSAN L. SCHOENIG, Bar No. 91048
   Susan.Schoenig@bbklaw.com
2  Best Best & Krieger LLP
   500 Capitol Mall
3  Suite 1700
   Sacramento, CA  95814
4  Telephone:   (916) 325-4000
   Facsimile:    (916) 325-4010
5
   Attorneys for Defendants
6  SELECT MILK PRODUCERS, INC., and
   ATHLETE'S HONEY MILK, LLC
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.  2:11-cv-01705-MCE-JFM<br><br>**STIPULATION AND ORDER FOR SIXTH EXTENSION OF TIME** |

1  Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson & Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a sixth 30-day extension within which defendants shall respond to the complaint filed in this matter. The parties previously stipulated to five extensions of 30 days each. Defendants response is now due on February 10, 2012.

Dated: January 11, 2012         BEST BEST & KRIEGER LLP

                                By:     */s/ Susan L. Schoenig*
                                        SUSAN L. SCHOENIG
                                        Attorneys for Defendants
                                        SELECT MILK PRODUCERS, INC., and
                                        ATHLETE'S HONEY MILK, LLC

Dated: January 11, 2012         MILLSTONE, PETERSON & WATTS LLP

                                BY:     */s/ Glenn W. Peterson*
                                        GLENN W. PETERSON
                                        Attorneys for Plaintiff
                                        CYTOSPORT, INC.

IT IS SO ORDERED.

Dated: January 18, 2012

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814