SUSAN L. SCHOENIG, Bar No. 91048
Susan.Schoenig@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:     (916) 325-4000
Facsimile:      (916) 325-4010

Attorneys for Defendants
SELECT MILK PRODUCERS, INC., and
ATHLETE'S HONEY MILK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.  2:11-cv-01705-MCE-JFM<br><br>**STIPULATION AND ORDER FOR SIXTH EXTENSION OF TIME** |

Stipulation and Order for 6th Ext of Time
82759.00001\7210517.1

2:11-CV-01705

Susan L. Schoenig, Best Best & Kreiger, LLP, attorney for defendants, Select Milk Producers, Inc. and Athletes Honey Milk, LLC and Glenn W. Peterson, Millstone Peterson & Watts LLP, attorney for plaintiff, Cytosport, Inc., hereby stipulate to a sixth 30-day extension within which defendants shall respond to the complaint filed in this matter. The parties previously stipulated to five extensions of 30 days each. Defendants response is now due on February 10, 2012.

Dated: January 11, 2012         BEST BEST & KRIEGER LLP

By:     */s/ Susan L. Schoenig*
    SUSAN L. SCHOENIG
    Attorneys for Defendants
    SELECT MILK PRODUCERS, INC., and
    ATHLETE'S HONEY MILK, LLC

Dated: January 11, 2012         MILLSTONE, PETERSON & WATTS LLP

BY:     */s/ Glenn W. Peterson*
    GLENN W. PETERSON
    Attorneys for Plaintiff
    CYTOSPORT, INC.

IT IS SO ORDERED.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for 6th Ext of Time
82759.00001\7210517.1

2:11-CV-01705