GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222; Fax No: (916) 780-8775

Attorney for Plaintiff/Counter Defendant
CytoSport, Inc.

SUSAN L. SCHOENIG, ESQ. (SBN 91048)
**BEST BEST & KRIEGER LLP**
500 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone: (916) 325-4000; Fax No: (916) 325-4100

Attorney for Defendants/Counterclaimants
Select Milk Producers, Inc. and Athlete's Honey Milk, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>                    Defendants.<br>_____<br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>                    Counterclaimants,<br><br>vs.<br><br>CYTOSPORT, INC., a California corporation,<br><br>                    Counter Defendant. | Case No.: 2:11-cv-01705-MCE-JFM<br><br>**STIPULATION AND ORDER FOR PLAINTIFF'S EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' COUNTERCLAIMS**<br>_____<br><br>Complaint Filed:  June 23, 2011<br>Trial Date:          Not Set |

Glenn W. Peterson of Millstone Peterson & Watts, LLP, Counsel for Plaintiff/Counter Defendant CytoSport, Inc. ("Plaintiff"), and Susan L. Schoenig of Best Best & Krieger, LLP, Counsel for Defendants/Counterclaimants Select Milk Producers, Inc. and Athlete's Honey Milk, LLC ("Defendants"), hereby stipulate to an initial 30-day extension within which Plaintiff shall respond to Defendants' Counterclaims.  Plaintiff's responsive pleading is now due on or before April 4, 2012.

**IT IS SO STIPULATED.**

DATED: March 2, 2012                **MILLSTONE, PETERSON & WATTS, LLP**
                                    *Attorneys at Law*

                                    By:       /s/ GLENN W. PETERSON
                                              GLENN W. PETERSON

                                    Attorneys for Plaintiff/Counter Defendant
                                    CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
MILLSTONE PETERSON & WATTS, LLP /s/ Glenn W. Peterson

DATED: March 3, 2012                **BEST BEST & KRIEGER LLP**

                                    By:       /s/ SUSAN L. SCHOENIG
                                              **(As Authorized on 03/03/12)**
                                              SUSAN L. SCHOENIG

                                    Attorneys for Defendants/Counterclaimants
                                    Select Milk Producers, Inc. and
                                    Athlete's Honey Milk, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
BEST BEST & KRIEGER LLP /s/ Susan L. Schoenig

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE