GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222; Fax No: (916) 780-8775

Attorney for Plaintiff/Counter Defendant
CytoSport, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation, and ATHLETE'S HONEY MILK, a Delaware limited liability company,<br><br>               Defendants. | Case No.: 2:11-cv-01705-MCE-JFM<br><br>**ORDER UPON STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' COUNTERCLAIMS** |
| SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>               Counterclaimants,<br><br>vs.<br><br>CYTOSPORT, INC., a California corporation,<br><br>               Counter Defendant. | |

Pursuant to the filed Stipulation and joint application of the parties, the Court approves the requested extension of time for Plaintiff to plead in response to Defendants' Counterclaims.



1  IT IS HEREBY ORDERED that Plaintiff's responsive pleading is now due on or before April 18, 2012.

**IT IS SO ORDERED.**

April 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE