1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE, PETERSON & WATTS, LLP**
2  *Attorneys at Law*
   2267 Lava Ridge Court, Suite 210
3  Roseville, CA 95661
   Telephone: (916) 780-8222; Fax No: (916) 780-8775
4
5  PETER M. DE JONGE, ESQ. (Utah SBN 7185/ADMITTED PRO HAC VICE)
   JED H. HANSEN, ESQ. (Utah SBN 10679/ADMITTED PRO HAC VICE)
   **THORPE NORTH & WESTERN, LLP**
6  8180 South 700 East, Suite 350
   Sandy, UT 84070
7  Telephone: (801) 566-6633; Fax No: (801) 566-0750

8  Attorneys for Plaintiff/Counter Defendant *CytoSport, Inc.*

9  PETER R. SILVERMAN, ESQ.
   **SCHUMAKER, LOOP & KENDRICK, LLP**
10 1000 Jackson Street
   Toledo, OH 43604-5573
11 Telephone: (419) 241-9000; Facsimile: (419) 241-6894

12 SUSAN L. SCHOENIG, ESQ. (SBN 91048)
   **BEST BEST & KRIEGER LLP**
13 500 Capitol Mall, Suite 1700
   Sacramento, CA 95814
14 Telephone: (916) 325-4000; Fax No: (916) 325-4100

15 Attorney for Defendants/Counterclaimants
   *Select Milk Producers, Inc., Fair Oaks Farms Brands, Inc.,*
16 *and Athlete's Honey Milk, LLC*

17
                    **UNITED STATES DISTRICT COURT**
18
                    **EASTERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:11-cv-01705-MCE-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE AND TIME FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND REPLY DUE DATE**<br><br>**[LOCAL RULE 230(f)]**<br><br>Date: November 15, 2012<br>Time: 11:00 a.m.<br>Magistrate John F. Moulds, 8th Floor<br><br>Complaint Filed: June 23, 2011<br>Trial Date: February 24, 2014 |

| | |
|---|---|
| SELECT MILK PRODUCERS, INC., a New Mexico corporation; and FAIR OAKS FARMS BRANDS, INC., a Delaware limited liability company, | |
| Counterclaimants, | |
| vs. | |
| CYTOSPORT, INC., a California corporation, | |
| Counter Defendant. | |

Pursuant to Local Rule 230(f), Plaintiff/Counter Defendant CytoSport, Inc. (hereinafter "Plaintiff") and Defendants/Counterclaimants Select Milk Producers, Inc., Fair Oaks Farms Brands, Inc., and Athlete's Honey Milk, LLC ("Defendants"), hereby apply upon stipulation for an order allowing for Defendants' hearing on motion for protective order (currently set for November 15, 2012) be continued to December 6, 2012, so that Defendants' motion for protective order can be heard at the same time as Plaintiff's motion to compel (currently set for December 6, 2012).

The parties also stipulate that Defendants' reply to Plaintiff's opposition to Defendants' motion for protective order will be due on November 22, 2012 (the same date Defendants' opposition to Plaintiff's motion to compel is due).

The motion for protective order has not been previously continued. The parties hereby stipulate to the entry of an Order continuing the hearing date and time of Defendants' motion for protective order to be heard with Plaintiff's motion to compel currently set for December 6, 2012 and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Defendants' reply to Plaintiff's opposition to Defendants' motion for protective order is now due on
2  November 22, 2012.  The parties respectfully request the Court enter the Order.

3  **IT IS SO STIPULATED.**                    Peter M. De Jonge *(Admitted Pro Hac Vice)*
4                                              Jed H. Hansen *(Admitted Pro Hac Vice)*
                                                **THORPE NORTH & WESTERN, LLP**
5                                                         *-and-*

6  DATED: November 6, 2012                    **MILLSTONE, PETERSON & WATTS, LLP**
7                                              *Attorneys at Law*

8                                              By:      /S/ GLENN W. PETERSON
                                                           GLENN W. PETERSON
9
                                               Attorneys for Plaintiff/Counter Defendant
10                                             CytoSport, Inc.

11

12      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
    MILLSTONE PETERSON & WATTS, LLP /s/ Glenn W. Peterson
13

14  DATED: November 6, 2012                    **BEST BEST & KRIEGER LLP**
15                                                        *-and-*
16                                              **SHUMAKER, LOOP & KENDRICK, LLP**
17
                                               By:      /S/ PETER R. SILVERMAN
18                                                   **(As Authorized on 11/06/12)**
                                                         PETER R. SILVERMAN
19

20                                             Attorneys for Defendants/Counterclaimants
                                               Select Milk Producers, Inc., Fair Oaks Farms
21                                             Brands, Inc., and Athlete's Honey Milk, LLC

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

# ORDER

Based upon the foregoing stipulation, and good cause appearing, Defendants' Motion for Protective Order (Doc Nos. 42, 42-1) in this matter is continued to December 6, 2012 at 11:00 a.m. and Defendants' reply to Plaintiff's opposition to Defendants' motion for protective order is now due on November 22, 2012.

**IT IS SO ORDERED.**

**Date:  11/9/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/014;cyto1705.stip