1  SUSAN L. SCHOENIG (91048)
   susan.schoenig@bbklaw.com
2  BEST BEST & KRIEGER LLP
   500 Capitol Mall, Suite 1700
3  Sacramento, CA  95814
   Telephone:  (916) 325-4000; Facsimile:  (916) 325-4010
4
   Peter R. Silverman (Admitted Pro Hac Vice)
5  SHUMAKER, LOOP & KENDRICK, LLP
   1000 Jackson Street
6  Toledo, OH 43604-5573
   Telephone:  (419) 241-9000; Facsimile:  (419) 241-6894
7  Email:  psilverman@slk-law.com

8  *Attorneys for Defendants and Counterclaimants*
   *SELECT MILK PRODUCERS, INC., FAIR OAKS FARM*
9  *BRANDS, INC. and ATHLETE'S HONEY MILK, LLC*

10

11 Glenn W. Peterson (126173)
   MILLSTONE, PETERSON & WATTS, LLP
12 2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
13 Telephone:  (916) 780-8222; Facsimile:  (916) 780-8775

14 Peter M. DeJonge (Admitted Pro Hac Vice)
   Jed H. Hansen (Admitted Pro Hac Vice)
15 THORPE NORTH & WESTERN, LLP
   8180 South 700 East, Suite 350
16 Sandy, UT 84070
   Telephone:  (801) 566-6633; Facsimile:  (801) 566-0750

17 *Attorneys for Plaintiff/Counter Defendant CYTOSPORT, INC.*

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

| CYTOSPORT, INC., a California corporation, | Case No.  2:11-cv-01705-MCE-JFM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE FOR PLAINTIFF'S AND DEFENDANTS' MOTIONS TO COMPEL DISCOVERY RESPONSES [LOCAL RULE 230(F)]** |
| v. | |
| SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company, | Date:     July 24, 2013<br>Time:     10:00 a.m.<br>Magistrate Judge Edmund F. Brennan, Dept. 8 |
| Defendants. | Complaint Filed:  November 11, 2011 |
| | Trial Date:  Not Set |

| | |
|---|---|
| 1<br>2<br>3 | SELECT MILK PRODUCERS, INC., a New Mexico corporation; and FAIR OAKS FARMS BRANDS, INC., a Delaware corporation, |
| 4 | Counterclaimants, |
| 5 | vs. |
| 6<br>7 | CYTOSPORT, INC., a California corporation, |
| 8 | Counterclaim Defendant. |

## STIPULATION

Pursuant to Local Rule 230(f) Plaintiff/Counter Defendant Cytosport, Inc. (hereinafter "Plaintiff") and Defendants/Counterclaimants Select Milk Producers, Inc., Fair Oaks Farm Brands, Inc. and Athlete's Honey Milk, LLC ("Defendants"), hereby apply upon stipulation for an order allowing Plaintiff's hearing on its Motion to Compel Discovery Responses and for Sanctions and Defendants' hearing on their Motion to Compel Discovery Responses (both currently set for July 24, 2013) be continued to August 7, 2013, so that the parties can continue settlement negotiations.

The motions have not been previously continued. The parties hereby stipulate to the entry of an Order continuing both hearings to August 7, 2013 at 10:00 a.m. in Department 8. The parties respectfully request the Court enter the Order.

Dated: July 18, 2013        BEST BEST & KRIEGER LLP
                            and
                            SHUMAKER, LOOP & KENDRICK, LLP


                            By:        */s/Susan L. Schoenig*
                            SUSAN L. SCHOENIG
                            *Attorneys for Defendants and Counterclaimants*
                            *SELECT MILK PRODUCERS, INC., FAIR OAKS*
                            *FARM BRANDS, INC. and ATHLETE'S HONEY*
                            *MILK, LLC*

///

///

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

1  Dated: July 18, 2013

MILLSTONE, PETERSON & WATTS, LLP
and
THORPE NORTH & WESTERN, LLP

By: _____*/s/Glenn W. Peterson*_____
GLENN W. PETERSON

*Attorneys for Plaintiff/Counter Defendant CYTOSPORT, INC.*

## ORDER

Based upon the foregoing stipulation, and good cause appearing, Plaintiff's Motion to Compel Discovery and for Sanctions and Defendants' Motion to Compel Discovery in this matter is continued to August 7, 2013, at 10:00 a.m. in Department 8.

**IT IS SO ORDERED.**

Dated: July 19, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE