1   Glenn W. Peterson (126173)
    MILLSTONE, PETERSON & WATTS, LLP
2   2267 Lava Ridge Court, Suite 210
    Roseville, CA 95661
3   Telephone:  (916) 780-8222; Facsimile:  (916) 780-8775

4   Peter M. DeJonge (Admitted Pro Hac Vice)
    Jed H. Hansen (Admitted Pro Hac Vice)
5   THORPE NORTH & WESTERN, LLP
    8180 South 700 East, Suite 350
6   Sandy, UT 84070
    Telephone:  (801) 566-6633; Facsimile:  (801) 566-0750
7
    *Attorneys for Plaintiff/Counter Defendant CYTOSPORT, INC.*
8

9   SUSAN L. SCHOENIG (91048)
    susan.schoenig@bbklaw.com
10  BEST BEST & KRIEGER LLP
    500 Capitol Mall, Suite 1700
11  Sacramento, CA  95814
    Telephone:  (916) 325-4000; Facsimile:  (916) 325-4010
12
    Peter R. Silverman (Admitted Pro Hac Vice)
13  SHUMAKER, LOOP & KENDRICK, LLP
    1000 Jackson Street
14  Toledo, OH 43604-5573
    Telephone:  (419) 241-9000; Facsimile:  (419) 241-6894
15  Email:  psilverman@slk-law.com

16  *Attorneys for Defendants and Counterclaimants*
    *SELECT MILK PRODUCERS, INC., FAIR OAKS FARM*
17  *BRANDS, INC. and ATHLETE'S HONEY MILK, LLC*

18
                    UNITED STATES DISTRICT COURT
19
                   EASTERN DISTRICT OF CALIFORNIA
20

21  CYTOSPORT, INC., a California          Case No.  2:11-cv-01705-MCE-JFM
    corporation,
22                                         **STIPULATION AND [~~PROPOSED~~]
                 Plaintiff,                ORDER TO DROP MOTIONS TO
23                                         COMPEL DISCOVERY RESPONSES
    v.                                     WITHOUT PREJUDICE
24                                         [LOCAL RULE 230(F)]**
    SELECT MILK PRODUCERS, INC., a
25  New Mexico corporation; and            Date:       August 7, 2013
    ATHLETE'S HONEY MILK, LLC, a           Time:       10:00 a.m.
26  Delaware limited liability company,    Magistrate Judge Edmund F. Brennan, Dept. 8

27               Defendants.               Complaint Filed:  November 11, 2011

28                                         Trial Date:  Not Set

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

SELECT MILK PRODUCERS, INC., a New Mexico corporation; and FAIR OAKS FARMS BRANDS, INC., a Delaware corporation,

              Counterclaimants,

vs.

CYTOSPORT, INC., a California corporation,

              Counterclaim Defendant.

## STIPULATION

Pursuant to Local Rule 230(f) Plaintiff/Counter Defendant Cytosport, Inc. (hereinafter "Plaintiff") and Defendants/Counterclaimants Select Milk Producers, Inc., Fair Oaks Farm Brands, Inc. and Athlete's Honey Milk, LLC ("Defendants"), hereby apply upon stipulation for an order allowing Plaintiff's Motion to Compel Discovery Responses and for Sanctions and Defendants' Motion to Compel Discovery Responses (both currently set for August 7, 2013) be dropped from the Court's calendar, without prejudice to their reinstatement upon proper notice, so that the parties can continue settlement negotiations.

The motions were previously continued once. The parties hereby consent to the entry of an Order consistent with this stipulation. The parties respectfully request the Court enter such an Order.

Dated: August 2, 2013          MILLSTONE, PETERSON & WATTS, LLP

                             and

                             THORPE NORTH & WESTERN, LLP

By:     */s/ Glenn W. Peterson*
            GLENN W. PETERSON

*Attorneys for Plaintiff/Counter Defendant Cytosport, Inc.*

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

1    Dated:  August 2, 2013                      SHUMAKER, LOOP & KENDRICK, LLP

2                                                and

3                                                BEST BEST & KRIEGER LLP

4

5                                                By:_____/s/ Peter R. Silverman_____
                                                     PETER R. SILVERMAN
6                                                   **(As Authorized on 08/02/12)**

7                                                *Attorneys for Defendants and Counterclaimants*
                                                *SELECT MILK PRODUCERS, INC., FAIR OAKS*
8                                                *FARM BRANDS, INC. and ATHLETE'S HONEY*
                                                *MILK, LLC*

9
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a
10   "conformed" signature (/s/) within this e-filed document.
     MILLSTONE PETERSON & WATTS, LLP /s/ Glenn W. Peterson
11

12

13                                  **ORDER**

14       Based upon the foregoing stipulation, and good cause appearing, Plaintiff's Motion to

15   Compel Discovery and for Sanctions and Defendants' Motion to Compel Discovery in this matter

16   are hereby dropped from the Court's calendar, without prejudice to their reinstatement upon

17   proper notice.

18

19   **IT IS SO ORDERED.**

20   Dated:  August 6, 2013.
                                                 EDMUND F. BRENNAN
21                                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814