Glenn W. Peterson (126173)
MILLSTONE, PETERSON & WATTS, LLP
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222; Facsimile: (916) 780-8775

Peter M. DeJonge (Admitted Pro Hac Vice)
Jed H. Hansen (Admitted Pro Hac Vice)
THORPE NORTH & WESTERN, LLP
8180 South 700 East, Suite 350
Sandy, UT 84070
Telephone: (801) 566-6633; Facsimile: (801) 566-0750

*Attorneys for Plaintiff/Counter Defendant CYTOSPORT, INC.*

SUSAN L. SCHOENIG (91048)
susan.schoenig@bbklaw.com
BEST BEST & KRIEGER LLP
500 Capitol Mall, Suite 1700
Sacramento, CA  95814
Telephone: (916) 325-4000; Facsimile: (916) 325-4010

Peter R. Silverman (Admitted Pro Hac Vice)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604-5573
Telephone: (419) 241-9000; Facsimile: (419) 241-6894
Email: psilverman@slk-law.com

*Attorneys for Defendants and Counterclaimants
SELECT MILK PRODUCERS, INC., FAIR OAKS FARM
BRANDS, INC. and ATHLETE'S HONEY MILK, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECT MILK PRODUCERS, INC., a New Mexico corporation; and ATHLETE'S HONEY MILK, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  2:11-cv-01705-MCE-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER TO DROP MOTIONS TO COMPEL DISCOVERY RESPONSES WITHOUT PREJUDICE [LOCAL RULE 230(F)]**<br><br>Date: August 7, 2013<br>Time: 10:00 a.m.<br>Magistrate Judge Edmund F. Brennan, Dept. 8<br><br>Complaint Filed: November 11, 2011<br><br>Trial Date: Not Set |

|   |   |
|---|---|
| 1 | SELECT MILK PRODUCERS, INC., a New Mexico corporation; and FAIR OAKS FARMS BRANDS, INC., a Delaware corporation, |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
| 5 | vs. |
| 6 | CYTOSPORT, INC., a California corporation, |
| 7 | |
| 8 | Counterclaim Defendant. |

## STIPULATION

Pursuant to Local Rule 230(f) Plaintiff/Counter Defendant Cytosport, Inc. (hereinafter "Plaintiff") and Defendants/Counterclaimants Select Milk Producers, Inc., Fair Oaks Farm Brands, Inc. and Athlete's Honey Milk, LLC ("Defendants"), hereby apply upon stipulation for an order allowing Plaintiff's Motion to Compel Discovery Responses and for Sanctions and Defendants' Motion to Compel Discovery Responses (both currently set for August 7, 2013) be dropped from the Court's calendar, without prejudice to their reinstatement upon proper notice, so that the parties can continue settlement negotiations.

The motions were previously continued once. The parties hereby consent to the entry of an Order consistent with this stipulation. The parties respectfully request the Court enter such an Order.

Dated: August 2, 2013

MILLSTONE, PETERSON & WATTS, LLP

and

THORPE NORTH & WESTERN, LLP


By: */s/ Glenn W. Peterson*
       GLENN W. PETERSON

*Attorneys for Plaintiff/Counter Defendant Cytosport, Inc.*

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

| | | |
|---|---|---|
| Dated: August 2, 2013 | | SHUMAKER, LOOP & KENDRICK, LLP |
| | | and |
| | | BEST BEST & KRIEGER LLP |

By: _____*/s/ Peter R. Silverman*_____
     PETER R. SILVERMAN
     **(As Authorized on 08/02/12)**

*Attorneys for Defendants and Counterclaimants SELECT MILK PRODUCERS, INC., FAIR OAKS FARM BRANDS, INC. and ATHLETE'S HONEY MILK, LLC*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
MILLSTONE PETERSON & WATTS, LLP /s/ Glenn W. Peterson

**ORDER**

Based upon the foregoing stipulation, and good cause appearing, Plaintiff's Motion to Compel Discovery and for Sanctions and Defendants' Motion to Compel Discovery in this matter are hereby dropped from the Court's calendar, without prejudice to their reinstatement upon proper notice.

**IT IS SO ORDERED.**

Dated: August 6, 2013.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

Stipulation & Order re Motions to Compel
82759.00001\8085620.1      - 3 -      2:11-CV-01705-MCE-JFM