Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No.: (916) 780-8775

Peter M. de Jonge, Esq. *(Admitted Pro Hac Vice)*
Jed H. Hansen, Esq. *(Admitted Pro Hac Vice)*
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, UT 84070
Telephone: (801) 566-3333
Fax No.: (801) 566-0750

Attorneys for Plaintiff/Counterclaim Defendant *CytoSport, Inc.*

Peter R. Silverman, Esq. (*Admitted Pro Hac Vice*)
**SHUMAKER, LOOP & KENDRICK, LLP**
1000 Jackson Street
Toledo, OH 43604
Telephone: (419) 241-9000
Fax No. (419) 241-6894

Attorneys for Defendants/Counterclaimants
Select Milk Producers, Inc. and Athlete's Honey Milk, LLC

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, Inc., a California corporation<br>           Plaintiff,<br>v<br>SELECT MILK PRODUCERS, INC., a New Mexico Corporation; and ATHLETE'S HONEY MILK, LLC,, a Delaware Limited Liability company<br>           Defendants. | Case No. 2:11-cv-01705-MCE-JFM<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>Complaint Filed: November 11, 2011<br>Trial Date: Not Set |
| SELECT MILK PRODUCERS, INC., a New Mexico Corporation; and FAIR OAK FARMS BRANDS, INC., A Delaware corporation<br><br>      Counterclaimant<br><br>v.<br><br>CYTOSPORT, INC.,  a California Corporation<br><br>      Counterclaim Defendant | |

1    Based upon the filed stipulation and good cause appearing, the parties' stipulated request to
2 dismiss (ECF No. 74) is GRANTED and the above entitled action is dismissed without prejudice.
3 The Clerk of the Court is directed to close this case.
4    IT IS SO ORDERED.
5 Dated:  August 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE